1  MICHELLE D. SPENCER, CBN 164696
   Law Office of Michelle D. Spencer
2  55 River Street, Suite 100
   Santa Cruz, CA 95060
3  Tel: 831.426.9900
   Fax: 831.426.0159
4

5  Attorney for Ignacio Galvan-Benavides

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                              SAN JOSE DIVISION

10

11 UNITED STATES OF AMERICA,          ) Case No. CR 08-00627-JW
                      Plaintiff,      )
12                                    )
                                      )
13 v.                                 )
                                      ) STIPULATION AND (PROPOSED)
                                      ) ORDER CONTINUING STATUS
14                                    ) **CONFERENCE AND EXCLUDING TIME**
   IGNACIO GALVAN-BENAVIDES,          ) **UNDER SPEEDY TRIAL ACT**
15                                    ) **18 USC § 3161**
                      Defendant.      )
16 _____)

17
        Plaintiff United States of America, by and through Assistant United States Attorney, Daniel
18
   Kaleba, and defendant Ignacio Galvan-Benavides, by and through his attorney Michelle D. Spencer,
19
   hereby agree and stipulate that this matter be continued from October 27, 2008 at 1:30 p.m. to
20
   November 17, 2008 at 1:30 p.m.
21
        Defense counsel will be occupied in a trial in Santa Cruz County commencing on October 27,
22
   2008. Accordingly, the parties agree and stipulate that the period of time from October 27, 2008
23
   through and including November 17, 2008, shall be excluded from the period of time within which
24
   trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.
25
        The parties agree that a continuance is needed for continuity of counsel and effective
26

   Stipulation & Proposed Order              - 1 -

1  preparation.

3  JOSEPH P. RUSSONIELLO
4  United States Attorney

5  Date: October 23, 2008

6  \_\_\_\_\_/s/_____
   DANIEL KALEBA
   Assistant United States Attorney

8  Date: October 23, 2008

9  \_\_\_\_\_/s/_____
   MICHELLE D. SPENCER
10 Attorney for Ignacio Galvan Benavides

12                    X(PROPOSED)X ORDER

13  Based upon the foregoing Stipulation, and good cause appearing therefor,

14  IT IS HEREBY ORDERED THAT the status conference set for October 27, 2008 shall be
15  continued to November 17, 2008 at 1:30 p.m.

16  IT IS FURTHER ORDERED that the period of time from October 27, 2008 through and
17  including November 17, 2008 shall be excluded from the period of time within which trial must
18  commence under the Speedy TrialAct, 18 U.S.C. 3161 et seq. Based upon the statutory provision
19  therein, including that time is needed for continuity of counsel and effective preparation.  The Court
20  finds pursuant to Title 18, United States Code, Seciton 3161(h)(8)(A), considering the factors set
21  forth therein, that the interests of justice in granting this continuance outweigh the defendant's and
22  public's interests in a speedy trial inasmuch as the parties need additional time for continuity of
23  counsel and effective preparation.

24  IT IS SO ORDERED.
25  Date: \_\_\_\_October 23, 2008\_\_\_\_     _____
                                           HON. JAMES WARE
26                                         United States District Judge

Stipulation & Proposed Order          - 2 -