MICHELLE D. SPENCER, CBN 164696
Law Office of Michelle D. Spencer
55 River Street, Suite 100
Santa Cruz, CA 95060
Tel: 831.458.0502
Fax: 831.426.0159

Attorney for Ignacio Galvan-Benavides

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>IGNACIO GALVAN-BENAVIDES,<br>        Defendant. | Case No. CR 08-00627-JW<br><br>STIPULATION AND<br>[~~Proposed~~]<br>ORDER CONTINUING SENTENCING HEARING |

    Plaintiff United States of America, by and through Assistant United States Attorney, Laura Durity, and defendant Ignacio Galvan-Benavides, by and through his attorney Michelle D. Spencer, hereby agree and stipulate that the sentencing hearing be continued from June 8, 2009 at 1:30 p.m. to July 6, 2009 at 1:30 p.m.

    Defense counsel just completed a four-week long trial and has been unable to schedule a probation interview with United States Probation Officer Benjamin Flores. The parties agree that a continuance is necessary so that the PSR may be properly prepared and disclosed.

JOSEPH P. RUSSONIELLO

Stipulation & Proposed Order        - 1 -

|   |   |
|---|---|
|   | United States Attorney |
| Date: April 27, 2009 |   |
|   | _____/s/_____ |
|   | LAURA DURITY |
|   | Assistant United States Attorney |

Date: April 27, 2009

_____/s/_____
MICHELLE D. SPENCER
Attorney for Ignacio Galvan Benavides

[PROPOSED] ORDER

Based upon the foregoing Stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the sentencing hearing set for June 8, 2009 shall be continued to July 6, 2009 at 1:30 p.m.

IT IS SO ORDERED.

Date: May 21, 2009

_____
HON. JAMES WARE
United States District Judge

Stipulation & Proposed Order         - 2 -